Andrew D. Allen, Esq. CA SBN 269502
ALLEN TAX LAW, APC
750 Menlo Avenue, Suite 320
Menlo Park, CA 94025
Phone: (650) 474-1854
Fax: (650) 648-0962
Email: drew@allentaxlaw.com

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ANDREA TIRELLI,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case Number: 3:25-cv-04105<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME AND PROPOSED ORDER |

Pursuant to Civil L.R. 6-2, the parties through their respective counsel, file this Stipulated Request for an Order Resetting Deadlines. The reasons for the request are as follows.

1.  Petitioner filed this action on May 12, 2025. *See* ECF No. 1. A copy of the petition was mailed by certified mail to the United States Attorney for the Northern District of California on May 30, 2025, and according to the United States Postal Services, was delivered on June 2, 2025, at 12:34pm. *See* ECF No. 8, Ex. A. Pursuant to Fed. R. Civ. P. 4(i)(2), petitioner is in the process of sending via certified mail a copy of the petition to the IRS agent listed in the IRS Third-Party Summons.

2.  Pursuant to Fed. R. Civ. P. 12(a)(2), a responsive pleading would normally be due on or before July 29, 2025.

3. On May 15, 2025, the Court issued an Order regarding briefing schedule and hearing date requiring the United States to respond to the petition by June 11, 2025, petitioner file a reply by June 25, 2025, and set a motion hearing for July 9, 2025, at 2:00 PM via Videoconference. *See* ECF No. 7.

4. On June 11, 2025, the United States filed a motion to dismiss, for summary denial of the petition, and for enforcement of the summons. ECF No. 9. The United States noticed the motion for hearing on August 6, 2025, at 2:00PM. Pursuant to Civil L.R. 7-3(a) and (c), the following schedule applies:

    a. Response due June 25, 2025;

    b. Reply due July 2, 2025.

5. Counsel for the parties met and conferred on June 23, 2025. Petitioner's counsel advised that this case appears to be related to two similar cases pending in the Northern District of California. Petitioner's counsel is in the process of preparing and filing Notices of Related Cases in all cases. Those cases are *Caruso v. United States*, Case No. 25-cv-03395-JSC and *IQ Global Consulting SAGL in Liquidation v. United States*, Case No. 25-cv-04545.

6. Petitioner's counsel represents that he is in the process of gathering additional information to respond to the pending motion to dismiss filed by the United States.

7. Based on the above, the parties hereby stipulate and agree to extend the briefing deadlines and continue the hearing date as follows:

    a. Response due July 3, 2025;

    b. Reply due July 25, 2025;

    c. Hearing on the motion August 20, 2025 at 1:00 PM via Videoconference.

8. Such extension will permit petitioner to file the Notices of Related Cases, send via certified mail copies of the petitions to the IRS agents listed in the IRS Third-Party Summonses, and gather additional information to respond to the pending motion to dismiss, and so provide the Court with an informed response to the motion to dismiss.

9. There have been no other requests to extend these deadlines.

Page **2** of **3**
STIPULATED REQUEST FOR ORDER CHANGING TIME
TIRELLI V. UNITED STATES

10. Because the United States has filed a motion to dismiss and the parties are requesting an extension of the briefing deadlines and a continuance of the motion hearing, the Court should vacate the hearing currently set for July 9, 2025, at 2:00 PM on the petition to quash.

11. The Declaration of Andrew D. Allen in support of this stipulation is attached. As demonstrated by that Declaration, good cause for the proposed extension exists.

SO STIPULATED

Date: June 23, 2025                    Respectfully submitted,

/s/ *Andrew D. Allen*
Andrew D. Allen (CA SBN 269502)
Allen Tax Law, APC
750 Menlo Avenue, Suite 320
Menlo Park, CA 94025
Phone: (650) 474-1854
Fax: (650) 648-0962
drew@allentaxlaw.com

*Attorney for Petitioner*

Date: June 23, 2025                    /s/ *Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
United States Department of Justice

*Attorney for United States of America*

PURSUANT TO STIPULATION IT IS SO ORDERED this 25th day of June, 2025, that the petitioner shall have up to and until July 3, 2025, to file its response to the United States' motion to dismiss. The United States' reply shall be filed on or before July 25, 2025. A hearing on this matter is set for August 20, 2025.

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE