UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA TIRELLI,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. 25-cv-04105-JSC<br><br>**JUDGMENT** |

    Having granted Respondent's motion for summary denial of the petition to quash and enforcement of the IRS summons by Order filed August 28, 2025, the Court enters judgment in favor of Respondent and against Petitioner.

    **IT IS SO ORDERED.**

Dated: August 29, 2025

*[signature]*

JACQUELINE SCOTT CORLEY
United States District Judge